AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**WILLIE MAPP,**

      **Petitioner,**

**v.**

                                   **JUDGMENT IN A CIVIL CASE**

**STATE OF OHIO,**                   **CASE NO.  2:12-CV-1039**
                                               **JUDGE EDMUND A. SARGUS, JR.**
      **Respondent.**               **MAGISTRATE JUDGE TERENCE P. KEMP**

____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION and ORDER filed August 20, 2013, JUDGMENT is hereby entered DISMISSING this action.**

Date:  August 20, 2013                            JOHN P. HEHMAN, CLERK

                                                   */S/ Andy F. Quisumbing*
                                                 (By) Andy F. Quisumbing
                                                 Courtroom Deputy Clerk